**FILED**

December 08, 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw _____

DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **INDEPENDENCE BARBERSHOP, LLC, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;** <br> **Plaintiff,** | **CAUSE NO.:** <br> **A-20-CV-00555-JRN** |
| **-vs-** | |
| **TWIN CITY FIRE INSURANCE COMPANY,** <br> **Defendant.** | |

**ORDER RESETTING JURY SELECTION AND TRIAL**

BE IT REMEMBERED on this day that the JURY SELECTION AND TRIAL previously

set for January 17, 2022 at 9:00a.m. is RESET for January 18, 2022, at 9:00 a.m. in Courtroom

No. 5 of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

SIGNED this the 8th day of December 2020.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE